CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ELENA SADOWSKY (Bar No. 302053)
(E-Mail: Elena_Sadowsky@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
SADIKI DARWESHI STREETE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> SADIKI DARWESHI STREETE, <br> Defendant. | Case No. 19-675-TJH <br><br> **ORDER CONTINUING SENTENCING HEARING FROM MAY 17, 2021 TO JULY 12, 2021   [51]** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing is continued from May 17, 2021 to **July 12, 2021 at 10:00 a.m.**

DATED: MAY 4, 2021          By _____
                             HON. TERRY J. HATTER, JR.
                             United States District Judge

Presented by:

       /s/ Elena Sadowsky
Deputy Federal Public Defender